UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KYLE RICHARDS,

                Plaintiff,                Case Number 10-10095-BC
                                              Honorable Thomas L. Ludington

v.

UNITED STATES OF AMERICA,

                Defendant.
_____/

## ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE

On January 11, 2010, Plaintiff Kyle Richards filed a pro se civil rights complaint. Plaintiff, who provided a prison address, did not pay the filing fee for a civil action, or the required papers to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(2). On January 19, 2010, the Court issued an order directing Plaintiff to correct the deficiency within thirty days to avoid dismissal of the complaint. As of today's date, Plaintiff has not corrected the deficiency. Meanwhile, on February 5, 2010, the Court's order was returned as undeliverable with a notation that Plaintiff had been released from prison. Although Plaintiff may not have received the Court's order, he is not absolved of the obligation to timely pay the filing fee. *See* E.D. Mich. LR 11.2 ("The failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment, and costs.").

Accordingly, **IT IS ORDERED** that Plaintiff's complaint [Dkt. # 1] is **DISMISSED WITHOUT PREJUDICE**.

                                      s/Thomas L. Ludington_____
                                      THOMAS L. LUDINGTON
                                      United States District Judge

Dated: March 24, 2010

### **PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 24, 2010.

s/Tracy A. Jacobs
_____
TRACY A. JACOBS